UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAWL WASHELESKI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOLNESA MONAZAMFAR,<br><br>　　　　　Defendant. | Case No. 24-cv-07471-EKL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 9 |

On November 5, 2024, the Court screened the complaint in this case pursuant to 28 U.S.C. 1915(e), dismissing Plaintiff's claims with leave to file an amended complaint by December 3, 2024. ECF No. 9. As of the date of this Order, Plaintiff has failed to file an amended complaint. Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than January 17, 2025, why his claims should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 18, 2024

_____
EUMI K. LEE
United States District Judge