UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAWL WASHELESKI, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GOLNESA MONAZAMFAR,<br><br>            Defendant. | Case No. 24-cv-07471-EKL<br><br>**ORDER OF DISMISSAL** |

In this action, *pro se* Plaintiff Pawl Washeleski ("Plaintiff") alleges that Defendant Golnesa Monazamfar ("Defendant") engaged in conduct "under color of law," but fails to allege sufficient facts to state a cognizable claim under 42 U.S.C. § 1983 or otherwise. The Court previously dismissed this case for failure to state a claim and granted Plaintiff leave to file an amended complaint by December 3, 2024. ECF No. 9. Plaintiff did not file an amended complaint. On December 18, 2024, the Court issued an order directing Plaintiff to file a written response by January 17, 2025, showing cause why this action should not be dismissed for failure to prosecute. ECF No. 10. As of the date of this order, Plaintiff has not filed a response. Accordingly, based on Plaintiff's failure to respond and for the reasons stated in the November 5, 2024 order, the Court DISMISSES this action without prejudice. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: January 23, 2025

Eumi K. Lee
United States District Judge